Eugene McDonald
Reg. No.: 09996-067
FPC-Lewisburg, Unit #2
P.O. Box 2000
Lewisburg, PA. 17837

The Honorable Sylvia H. Rambo
United States District Court Judge           12-07-06
United States Federal Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108

      RE: <u>United States vs. Eugene McDonald</u>
            <u>Case #: 1:00-CR-0007-01</u>

Honorable Judge Rambo:

    I write you in the hopes of making you aware of a new Bureau of Prisons precedent and to seek your Honor's help in securing a recommendation for the expanded policy.

    In a sincere effort to properly serve-out my sentence in full compliance with the Federal Bureau of Prisons standards and regulations, and in an attempt to increase my chances, and eligibility, in order to qualify for an early release under the "Halfway House" program, I have been advised by officials here at FPC-Lewisburg, to formally submit a request to my sentencing judge, for your Honor's judicial recommendation to consider, accept and approve, the service of sentence, up to one (1) year, direct commitment to a C.C.C. sponsored "Halfway House", pursuant to **<u>Woodall v. F.B.O.P.</u>**, 432, F.3d, 234, (3rd Cir., 2005).

    Although your Honor's recommendation must precede my application, I believe I can show, under whatever scrutiny, requirements, pre-requisites or conditions imposed upon me, that I am a good and dependable candidate for this program. A program which will reunite me with my family sooner, and as a result reduce the hardship I have placed upon them.

    Thank you, as always, for your valuable time and consideration in this very important and urgent matter.

                               Respectfully Submitted: *Eugene McDonald*
                                                               Eugene McDonald



Inmate Name: Eugene McDonald
Register Number: 09996-067

Federal Prison Camp
P.O. Box 2000
Lewisburg, PA 17837

HARRISBURG PA 171
11 DEC 2006 PM 3 L

The Honorable Sylvia H. Rambo
United States District Court Judge
United States Federal Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108