UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

P.O. BOX 868

HARRISBURG, PA. 17108-0868

SYLVIA H. RAMBO
JUDGE

Telephone (717) 221-3960

December 13, 2006

Mr. Eugene McDonald
Reg. No. 09996-067
FPC-Lewisburg, Unit #2
PO Box 2000
Lewisburg, PA 17837

FILED
HARRISBURG, PA

DEC 13 2006

MARY E. D'ANDREA, CLERK
Per _____
　　　　Deputy Clerk

Re: *United States v. Eugene McDonald*
Case No. 1:CR-00-007-01

Dear Mr. McDonald:

Pursuant to 18 U.S.C. § 3621(b)(4), please be advised that I have no opposition to your being considered for placement in a half-way house at an appropriate time determined by the Bureau of Prisons.

Sincerely,

Sylvia H. Rambo
United States District Judge