IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1: CR-00-007** |
| **v.** | : | |
| **EUGENE MCDONALD** | : | |

## **O R D E R**

**IT IS HEREBY ORDERED THAT** consideration of Defendant's motion to modify term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) is deferred until after March 3, 2008, the effective date of Amendment 706.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: January 9, 2008.