UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:CR-00-007 |
| | : | |
| v. | : | |
| | : | |
| **EUGENE MCDONALD** | : | |

**O R D E R**

    **IT IS ORDERED** that the Federal Public Defender's Office, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant for the purpose of addressing the crack cocaine amendment pursuant to 18 U.S.C. §3582(c)(2).

                                                                                       s/Sylvia H. Rambo
                                                                              SYLVIA H. RAMBO
                                                                              United States District Judge

Dated: February 1, 2008.