IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00007-01 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| EUGENE MCDONALD | : | (Electronically Filed) |
| | : | |

## CERTIFICATE OF CONCURRENCE

I, James V. Wade, the Federal Public Defender's Office, do hereby certify that Assistant United States Attorney William A. Behe concurs on behalf of the government in the foregoing Motion to Withdraw as Counsel in Proceedings Related to Crack Cocaine Amendment.

Date: March 26, 2008

s/ James V. Wade
JAMES V. WADE, ESQUIRE
Federal Public Defender
Attorney ID #PA33352
100 Chestnut Street, Suite 306
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
<James_Wade@fd.org>
Attorney for Eugene McDonald